United States Bankruptcy Court for the:

DISTRICT OF KANSAS

Case number *(if known)* _____  Chapter  **11**

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name** — **Plate Restaurant Leawood LLC**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)** — **87-2743910**

**4. Debtor's address**

**Principal place of business**

**11655 Ash St**
**Leawood, KS 66211**
Number, Street, City, State & ZIP Code

**Johnson**
County

**Mailing address, if different from principal place of business**

**9237 Ward Pkwy**
**Ste 230**
**Kansas City, MO 64114**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

| Debtor | **Plate Restaurant Leawood LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__7225__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | |
|---|---|---|---|
| District | | When | Case number |
| District | | When | Case number |

Official Form 201 **Voluntary Petition for Non-Individuals Filing for Bankruptcy** page 2

| Debtor | **Plate Restaurant Leawood LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | Case number, if known | |
| | When | | |

**11. Why is the case filed in *this district?*** *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency
Contact name
Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds** . *Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☑ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor **Plate Restaurant Leawood LLC** Case number (*if known*)
Name

☐ $50,001 - $100,000  ☐ $10,000,001 - $50 million  ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million  ☐ $100,000,001 - $500 million  ☐ More than $50 billion

| Debtor | Plate Restaurant Leawood LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **July 18, 2025**
MM / DD / YYYY

X **/s/ Christian Joseph**                                **Christian Joseph**
Signature of authorized representative of debtor           Printed name

Title  **Owner/CEO**

---

**18. Signature of attorney**

X **/s/ George J Thomas**                                 Date **July 18, 2025**
Signature of attorney for debtor                            MM / DD / YYYY

**George J Thomas 19230**
Printed name

**Phillips & Thomas LLC**
Firm name

**5251 W 116th Place**
**Suite 200**
**Leawood, KS 66211**
Number, Street, City, State & ZIP Code

Contact phone  **913-385-9900**        Email address  **geojthomas@gmail.com**

**19230 KS**
Bar number and State

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

Fill in this information to identify the case:
Debtor name: **Plate Restaurant Leawood LLC**
United States Bankruptcy Court for the: **DISTRICT OF KANSAS**
Case number (if known):

☐ Check if this is an amended filing

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Aui Fine Foods<br>9211 Gaither Rd<br>Gaithersburg, MD 20877 | | vendor | | | | $1,400.00 |
| Backd Financial<br>4853 Williams<br>Ste 111 Office G<br>Georgetown, TX 78633 | | business loan | | | | $56,000.00 |
| Blue Rain Media<br>36 A St Unit 6E<br>Boston, MA 02127 | | services | | | | $1,875.00 |
| Broadway Roasting Co<br>4012 Washington St<br>Kansas City, MO 64111 | | vendor | | | | $2,674.00 |
| Brooks Grease Services<br>3104 N Erie Ave<br>Tulsa, OK 74115 | | services | | | | $1,161.00 |
| Cintas Corp<br>PO Box 88005<br>Chicago, IL 60680 | | services | | | | $5,047.00 |
| Doug Freeman CPA<br>12701 Metcalf Ave Ste 202<br>Overland Park, KS 66213 | | services | | | | $2,300.00 |
| Evergy<br>PO Box 219330<br>Kansas City, MO 64121 | | utility | | | | $10,839.00 |

| Debtor | Plate Restaurant Leawood LLC | | Case number *(if known)* | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Fortune Fish & Gourmet**<br>Fortune MO Dept 10477<br>PO Box 87618<br>Chicago, IL 60680 | | vendor | | | | $3,555.00 |
| **Jake's Industrial Inc**<br>1101 SW 1st St<br>PO Box 810<br>Oak Grove, MO 64075 | | services | | | | $1,258.00 |
| **Kansas Department of Revenue**<br>Civil Tax Enforcement<br>PO Box 12005<br>Topeka, KS 66612-2005 | | sales taxes | | | | $75,000.00 |
| **KBS III Park Place Village**<br>11500 Ash St<br>Leawood, KS 66211 | | rent arrears | | | | $120,000.00 |
| **Liberty Fruit Company Inc**<br>1247 Argentine Blvd<br>Kansas City, KS 66105-1508 | | vendor | | | | $74,406.00 |
| **Lightspeed Capital**<br>2200 Sand Hill Rd<br>Menlo Park, CA 94025 | | business loan | | | | $98,500.00 |
| **Park Place Village Merch Assoc**<br>Bldg ID R3Zppr<br>PO Box 6112<br>Hicksville, NY 11802 | | services | | | | $1,164.00 |
| **Performance Food Service**<br>290 SE Thompson Dr<br>Lees Summit, MO 64082 | | services | | | | $122,912.00 |
| **Red Force Fire**<br>1030 W 23rd St S<br>Independence, MO 64055 | | services | | | | $3,608.00 |
| **Small Business Administration**<br>PO Box 3918<br>Portland, OR 97208 | | business loan | | | | $14,000.00 |

| Debtor | Plate Restaurant Leawood LLC | | | Case number *(if known)* | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Superior Linen Mr Mat Med Laun**<br>**PO Box 412177**<br>**Kansas City, MO 64141** | | services | | | | $3,608.00 |
| **Tutera Real Estate**<br>**7611 State Line Rd**<br>**Kansas City, MO 64114** | | services | | | | $3,180.00 |

Ambrosi Bros
3023 Main St
Kansas City MO 64108

Aui Fine Foods
9211 Gaither Rd
Gaithersburg MD 20877

Austin Business Finance LLC
c/o Chris Mundt
4853 Williams Dr Ste 111
Georgetown TX 78633

Backd Financial
4853 Williams
Ste 111 Office G
Georgetown TX 78633

Blue Beetle Pest Control
10308 State Line Rd
Leawood KS 66206

Blue Rain Media
36 A St Unit 6E
Boston MA 02127

Broadway Roasting Co
4012 Washington St
Kansas City MO 64111

Brooks Grease Services
3104 N Erie Ave
Tulsa OK 74115

Christian Joseph
4511 W 93rd Terr
Overland Park KS 66207

Cintas Corp
PO Box 88005
Chicago IL 60680

CVB Inc Water Doctor
2602 Pear St
PO Box 3060
Saint Joseph MO 64503

Doug Freeman CPA
12701 Metcalf Ave
Ste 202
Overland Park KS 66213

Evergy
PO Box 219330
Kansas City MO 64121

Fortune Fish & Gourmet
Fortune MO Dept 10477
PO Box 87618
Chicago IL 60680

Hunter Maclean et al
200 E St Julian St
PO Box 9848
Savannah GA 31412

IOU Financial
600 Town Park Ln
Ste 100
Kennesaw GA 30144

Jake's Industrial Inc
1101 SW 1st St
PO Box 810
Oak Grove MO 64075

Kansas Department of Revenue
Civil Tax Enforcement
PO Box 12005
Topeka KS 66612-2005

KBS III Park Place Village
11500 Ash St
Leawood KS 66211

KBS III Park Place Village
800 Newport Center
Ste 700
Newport Beach CA 92660

Liberty Fruit Company Inc
1247 Argentine Blvd
Kansas City KS 66105-1508

Lieberman & Klestzick LLP
PO Box 356
Cedarhurst NY 11516

Lightspeed Capital
2200 Sand Hill Rd
Menlo Park CA 94025

M & H Gas LLC
13013 E US Hwy 40
Independence MO 64055

Mid America Gourmet
11500 W 90th St
Overland Park KS 66214

North Star Leasing
747 Pine St
No. 201
Burlington VT 05401

Pappas Hayden et al
7500 W 110th St
Ste 100
Overland Park KS 66210

Park Place Village Merch Assoc
Bldg ID R3Zppr
PO Box 6112
Hicksville NY 11802

Performance Food Service
290 SE Thompson Dr
Lees Summit MO 64082

Red Force Fire
1030 W 23rd St S
Independence MO 64055

Small Business Administration
PO Box 3918
Portland OR 97208

Small Business Administration
14925 Kingsport Rd
Fort Worth TX 76155-2243

Superior Linen Mr Mat Med Laun
PO Box 412177
Kansas City MO 64141

Total Wine & More
State Line Point
13657 Washington St
Kansas City MO 64145

Tutera Real Estate
7611 State Line Rd
Kansas City MO 64114

Watson Mechanical
15311 W 109th St
Lenexa KS 66219

In re **Plate Restaurant Leawood LLC**                    Case No.
                              Debtor(s)                    Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Plate Restaurant Leawood LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **July 18, 2025** | **/s/ George J Thomas** |
| Date | **George J Thomas 19230** |
| | Signature of Attorney or Litigant |
| | Counsel for **Plate Restaurant Leawood LLC** |
| | **Phillips & Thomas LLC** |
| | **5251 W 116th Place** |
| | **Suite 200** |
| | **Leawood, KS 66211** |
| | **913-385-9900** |
| | **geojthomas@gmail.com** |