# Plate Restaurant Group, LLC
## Balance Sheet - LWD
As of July 5, 2025

|  | Total |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Bank Accounts** | |
|       CACU - Brookside Checking 2486 | |
|       CACU - Brookside Savings 1636 | |
|       CACU - Leawood Checking 6981 | - |
|       CACU - Leawood Savings 2195 | 1.43 |
|       CACU - Small Biz Checking 6456 | |
|       Cash on Hand - BKS | |
|         Cash Tenders - BKS | |
|       Total Cash on Hand - BKS | - |
|       Cash on Hand - LWD | (114.32) |
|         Cash Tenders - LWD | 9,564.78 |
|       Total Cash on Hand - LWD | 9,450.46 |
|       Petty Cash | (8,311.25) |
|     **Total Bank Accounts** | **1,140.64** |
|     **Other Current Assets** | |
|       Delivery Platforms | |
|         ChowNow | 1,359.53 |
|         Uber Eats | 1,194.84 |
|       Total Delivery Platforms | 2,554.37 |
|       Due from Merchant Services | 28,396.05 |
|       Stripe Activity | |
|         OpenTable tender | - |
|         POS tenders Tripleseat and Opentable | (48,120.59) |
|         Stripe Payments | 39.13 |
|         Tripleseat | 53,392.96 |
|       Total Stripe Activity | 5,311.50 |
|     **Total Other Current Assets** | **36,261.92** |
|   **Total Current Assets** | **37,402.56** |
|   **Fixed Assets** | |
|     Accumulated Depreciation | (58,208.63) |
|     Equipment | 112,381.80 |
|     Fixtures | 8,202.00 |
|     Furniture | 35,561.35 |
|     Leasehold Improvements | 105,038.65 |
|   **Total Fixed Assets** | **202,975.16** |
|   **Other Assets** | |
|     Security Deposit | |
|   **Total Other Assets** | - |
| **TOTAL ASSETS** | **240,377.72** |
| **LIABILITIES AND EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       Accounts Payable | |
|         Accounts Payable (A/P) | 354,057.40 |
|       Total Accounts Payable | **354,057.40** |
|       Credit Cards | |
|         AMEX | |
|         Quicksilver Capital One | |
|         Spark Card - 5425 | |
|       Total Credit Cards | - |
|       Other Current Liabilities | |
|         Credit Facilities | |
|           CACU - Line of Credit 2107 | |
|           Lightspeed Loan BKS | |

|  |  |
|---|---:|
| Lightspeed Loan LWD | 108,024.06 |
| Stripe LOC | - |
| **Total Credit Facilities** | **108,024.06** |
| Gift Card | |
|   eCard Sales | 60,870.60 |
|   Gift Card Redemptions | (349,028.96) |
|   Gift Card Sales | 457,585.67 |
| **Total Gift Card** | **169,427.32** |
| Payroll Clearing - BKS | |
| Payroll Clearing - LWD | (11,765.68) |
| Payroll Liabilities | (736.28) |
| Payroll Processing | - |
| Promo Cards and Vouchers | - |
| Sales Tax - KS | |
|   Sales Tax KS - Filings | - |
|   Sales Tax KS - Payment Plan | 69,528.73 |
|   Sales Tax KS - POS | 98,103.57 |
| **Total Sales Tax - KS** | **167,632.30** |
| Sales Tax - MO | |
|   Sales Tax MO - Filings | |
|   Sales Tax MO - Payment Plan | |
|   Sales Tax MO - POS | |
| **Total Sales Tax - MO** | - |
| Tips Payable - BKS | |
| Tips Payable - LWD | 20,590.96 |
| **Total Other Current Liabilities** | **453,172.68** |
| **Total Current Liabilities** | **807,230.08** |
| Long-Term Liabilities | |
|   Loan from Owner | |
|   Loans | |
|     Backd Direct | |
|     CACU - SBA | |
|     CACU - SBA2 | |
|     IOU Central | 45,127.07 |
|     Westwood Funding | - |
|   **Total Loans** | **45,127.07** |
| **Total Long-Term Liabilities** | **45,127.07** |
| **Total Liabilities** | **852,357.15** |
| Equity | |
|   Opening balance equity | |
|   Owner's Equity | |
|     Owner Draws/Withdrawals | |
|   **Total Owner's Equity** | - |
|   Retained Earnings | (611,979.42) |
|   Net Income | |
| **Total Equity** | **(611,979.42)** |
| **TOTAL LIABILITIES AND EQUITY** | **240,377.72** |

Sunday, Jul 13, 2025 07:09:45 AM GMT-7 - Accrual Basis

| Debt Summary | LWD |
|---|---:|
| AP | 354,057.40 |
| Credit cards | - |
| Credit facilities | 108,024.06 |
| Sales tax | 167,632.30 |
| Loans | 45,127.07 |
| | |
| Total | 674,840.83 |

# Plate Restaurant Group, LLC
## Balance Sheet - CORP
### As of July 5, 2025

|  | Total |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Bank Accounts** | |
|       CACU - Brookside Checking 2486 | |
|       CACU - Brookside Savings 1636 | |
|       CACU - Leawood Checking 6981 | |
|       CACU - Leawood Savings 2195 | |
|       CACU - Small Biz Checking 6456 | (10,142.59) |
|       Cash on Hand - BKS | |
|         Cash Tenders - BKS | |
|       Total Cash on Hand - BKS | - |
|       Cash on Hand - LWD | |
|         Cash Tenders - LWD | |
|       Total Cash on Hand - LWD | - |
|       Petty Cash | |
|     **Total Bank Accounts** | **(10,142.59)** |
|     **Other Current Assets** | |
|       Delivery Platforms | |
|         ChowNow | |
|         Uber Eats | |
|       Total Delivery Platforms | - |
|       Due from Merchant Services | |
|       Stripe Activity | |
|         OpenTable tender | |
|         POS tenders Tripleseat and Opentable | |
|         Stripe Payments | |
|         Tripleseat | |
|       Total Stripe Activity | - |
|     **Total Other Current Assets** | - |
|   **Total Current Assets** | **(10,142.59)** |
|   **Fixed Assets** | |
|     Accumulated Depreciation | |
|     Equipment | |
|     Fixtures | |
|     Furniture | |
|     Leasehold Improvements | |
|   **Total Fixed Assets** | - |
|   **Other Assets** | |
|     Security Deposit | 4,600.00 |
|   **Total Other Assets** | **4,600.00** |
| **TOTAL ASSETS** | **(5,542.59)** |
| **LIABILITIES AND EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       Accounts Payable | |
|         Accounts Payable (A/P) | 54,878.21 |
|       Total Accounts Payable | **54,878.21** |
|       Credit Cards | |
|         AMEX | 30,626.98 |
|         Quicksilver Capital One | 4,695.07 |
|         Spark Card - 5425 | 3,676.53 |
|       Total Credit Cards | **38,998.58** |
|       Other Current Liabilities | |
|         Credit Facilities | |
|           CACU - Line of Credit 2107 | |
|           Lightspeed Loan BKS | |

| | |
|---|---:|
| Lightspeed Loan LWD | |
| Stripe LOC | |
| **Total Credit Facilities** | - |
| Gift Card | |
|   eCard Sales | |
|   Gift Card Redemptions | |
|   Gift Card Sales | |
| **Total Gift Card** | - |
| Payroll Clearing - BKS | |
| Payroll Clearing - LWD | |
| Payroll Liabilities | |
| Payroll Processing | |
| Promo Cards and Vouchers | |
| Sales Tax - KS | |
|   Sales Tax KS - Filings | |
|   Sales Tax KS - Payment Plan | |
|   Sales Tax KS - POS | |
| **Total Sales Tax - KS** | - |
| Sales Tax - MO | |
|   Sales Tax MO - Filings | |
|   Sales Tax MO - Payment Plan | |
|   Sales Tax MO - POS | |
| **Total Sales Tax - MO** | - |
| Tips Payable - BKS | |
| Tips Payable - LWD | |
| **Total Other Current Liabilities** | - |
| **Total Current Liabilities** | 93,876.79 |
| Long-Term Liabilities | |
|   Loan from Owner | 19,637.36 |
|   Loans | |
|     Backd Direct | |
|     CACU - SBA | |
|     CACU - SBA2 | |
|     IOU Central | |
|     Westwood Funding | |
|   **Total Loans** | - |
| **Total Long-Term Liabilities** | 19,637.36 |
| **Total Liabilities** | **113,514.15** |
| Equity | |
|   Opening balance equity | (625,874.59) |
|   Owner's Equity | |
|     Owner Draws/Withdrawals | (214,879.12) |
|   **Total Owner's Equity** | **(214,879.12)** |
|   Retained Earnings | 911,183.08 |
|   Net Income | (189,486.11) |
| **Total Equity** | **(119,056.74)** |
| **TOTAL LIABILITIES AND EQUITY** | **(5,542.59)** |

Sunday, Jul 13, 2025 07:09:45 AM GMT-7 - Accrual Basis

| Debt Summary | CORP |
|---|---:|
| AP | 54,878.21 |
| Credit cards | 38,998.58 |
| Credit facilities | - |
| Sales tax | - |
| Loans | 19,637.36 |
| | |
| Total | 113,514.15 |