# Statement of Cash Flows
## Plate Restaurant Group, LLC
### LWD
#### January 1-July 5, 2025

| Full name | Total |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | 109,624.16 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
|   Accounts Payable (A/P) | 51,491.95 |
|   AMEX | |
|   Credit Facilities:Lightspeed Loan BKS | |
|   Credit Facilities:Lightspeed Loan LWD | 108,024.06 |
|   Credit Facilities:Stripe LOC | (3,839.62) |
|   Delivery Platforms:ChowNow | (633.17) |
|   Delivery Platforms:Uber Eats | (565.76) |
|   Due from Merchant Services | 4,114.22 |
|   Gift Card:eCard Sales | |
|   Gift Card:Gift Card Redemptions | |
|   Gift Card:Gift Card Sales | |
|   Payroll Clearing - BKS | |
|   Payroll Clearing - LWD | (8,746.34) |
|   Payroll Liabilities | (490.85) |
|   Sales Tax - KS:Sales Tax KS - Filings | - |
|   Sales Tax - KS:Sales Tax KS - Payment Plan | (79,670.95) |
|   Sales Tax - KS:Sales Tax KS - POS | 35,013.88 |
|   Sales Tax - MO:Sales Tax MO - Filings | |
|   Sales Tax - MO:Sales Tax MO - Payment Plan | |
|   Sales Tax - MO:Sales Tax MO - POS | |
|   Spark Card - 5425 | |
|   Stripe Activity:POS tenders Tripleseat and Opentable | |
|   Stripe Activity:Stripe Payments | |
|   Stripe Activity:Tripleseat | |
|   Tips Payable - BKS | |
|   Tips Payable - LWD | (3,258.95) |
| Total for Adjustments to reconcile Net Income to Net Cash provided by operations: | 101,438.46 |
| **Net cash provided by operating activities** | 211,062.62 |
| **INVESTING ACTIVITIES** | |
|   Leasehold Improvements | |
|   Security Deposit | |
| **Net cash provided by investing activities** | - |
| **FINANCING ACTIVITIES** | |
|   Loan from Owner | |
|   Loans:CACU - SBA | |
|   Loans:CACU - SBA2 | |
|   Loans:IOU Central | (16,000.00) |
|   Loans:Westwood Funding | (7,185.36) |
|   Owner's Equity:Owner Draws/Withdrawals | |
| **Net cash provided by financing activities** | (23,185.36) |
| **NET CASH INCREASE FOR PERIOD** | 187,877.26 |
| Cash at beginning of period | - |
| **CASH AT END OF PERIOD** | 187,877.26 |

Accrual Basis Sunday, July 13, 2025 07:08 PM GMTZ

Case 25-20997    Doc# 4    Filed 07/18/25    Page 1 of 2

# Statement of Cash Flows
## Plate Restaurant Group, LLC
### CORP
#### January 1-July 5, 2025

| Full name | Total |
|---|---|
| OPERATING ACTIVITIES | |
| Net Income | (235,229.45) |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| Accounts Payable (A/P) | |
| AMEX | 7,249.62 |
| Credit Facilities:Lightspeed Loan BKS | |
| Credit Facilities:Lightspeed Loan LWD | |
| Credit Facilities:Stripe LOC | |
| Delivery Platforms:ChowNow | |
| Delivery Platforms:Uber Eats | |
| Due from Merchant Services | |
| Gift Card:eCard Sales | 4,340.00 |
| Gift Card:Gift Card Redemptions | (112,435.80) |
| Gift Card:Gift Card Sales | 32,351.11 |
| Payroll Clearing - BKS | |
| Payroll Clearing - LWD | |
| Payroll Liabilities | |
| Sales Tax - KS:Sales Tax KS - Filings | |
| Sales Tax - KS:Sales Tax KS - Payment Plan | |
| Sales Tax - KS:Sales Tax KS - POS | |
| Sales Tax - MO:Sales Tax MO - Filings | |
| Sales Tax - MO:Sales Tax MO - Payment Plan | |
| Sales Tax - MO:Sales Tax MO - POS | |
| Spark Card - 5425 | (1,019.79) |
| Stripe Activity:POS tenders Tripleseat and Opentable | 88,879.46 |
| Stripe Activity:Stripe Payments | (65.22) |
| Stripe Activity:Tripleseat | (88,988.27) |
| Tips Payable - BKS | |
| Tips Payable - LWD | |
| **Total for Adjustments to reconcile Net Income to Net Cash provided by operations:** | **(69,688.89)** |
| **Net cash provided by operating activities** | **(304,918.34)** |
| INVESTING ACTIVITIES | |
| Leasehold Improvements | (11,608.37) |
| Security Deposit | (4,600.00) |
| **Net cash provided by investing activities** | **(16,208.37)** |
| FINANCING ACTIVITIES | |
| Loan from Owner | 19,637.36 |
| Loans:CACU - SBA | |
| Loans:CACU - SBA2 | |
| Loans:IOU Central | |
| Loans:Westwood Funding | |
| Owner's Equity:Owner Draws/Withdrawals | (3,710.98) |
| **Net cash provided by financing activities** | **15,926.38** |
| **NET CASH INCREASE FOR PERIOD** | **(305,200.33)** |
| **Cash at beginning of period** | **139,208.60** |
| **CASH AT END OF PERIOD** | **(165,991.73)** |

Accrual Basis Sunday, July 13, 2025 07:08 PM GMTZ