# Plate Restaurant Group, LLC

## Profit and Loss

### January 1 - July 5, 2025

| | PLATE - LEAWOOD | TOTAL |
|---|---:|---:|
| **Income** | | |
| Auto-Gratuity | 18,567.43 | $18,567.43 |
| Non Cash Fees | 36,929.20 | $36,929.20 |
| Sales | | $0.00 |
| Sales - Beer | 17,135.00 | $17,135.00 |
| Sales - Food | 1,013,226.25 | $1,013,226.25 |
| Sales - Liquor | 147,859.31 | $147,859.31 |
| Sales - N/A Beverage | 45,045.28 | $45,045.28 |
| Sales - Wine | 211,271.28 | $211,271.28 |
| **Total Sales** | **1,434,537.12** | **$1,434,537.12** |
| **Total Income** | **$1,490,033.75** | **$1,490,033.75** |
| Cost of Goods Sold | | |
| COGS | | $0.00 |
| COGS - Beer | 4,959.33 | $4,959.33 |
| COGS - Beverage | 8,711.33 | $8,711.33 |
| COGS - Bread/Dry | 50,295.08 | $50,295.08 |
| COGS - Dairy & Eggs | 53,305.01 | $53,305.01 |
| COGS - Dessert | 868.66 | $868.66 |
| COGS - Fish | 43,408.12 | $43,408.12 |
| COGS - Liquor | 31,529.79 | $31,529.79 |
| COGS - Meat | 72,453.16 | $72,453.16 |
| COGS - Other | 2,131.88 | $2,131.88 |
| COGS - Produce | 39,568.52 | $39,568.52 |
| COGS - To Go/Paper/Disposable/Plastic | 20,645.78 | $20,645.78 |
| COGS - Wine | 60,242.43 | $60,242.43 |
| **Total COGS** | **388,119.09** | **$388,119.09** |
| **Total Cost of Goods Sold** | **$388,119.09** | **$388,119.09** |
| **GROSS PROFIT** | **$1,101,914.66** | **$1,101,914.66** |
| Expenses | | |
| Bank Fees | 76.43 | $76.43 |
| Late Fees | 656.48 | $656.48 |
| **Total Bank Fees** | **732.91** | **$732.91** |
| Credit Card/Merchant Fees | 55,580.39 | $55,580.39 |
| POS Fees | 41.94 | $41.94 |
| UberEats Fees | 8,132.73 | $8,132.73 |
| **Total Credit Card/Merchant Fees** | **63,755.06** | **$63,755.06** |
| Discounts | | $0.00 |
| Employee Discounts | 6,547.87 | $6,547.87 |
| Free card | 11,340.82 | $11,340.82 |
| Gift Cards Discounts | 650.00 | $650.00 |
| Guest Discount | 7,508.14 | $7,508.14 |

# Plate Restaurant Group, LLC

## Profit and Loss

### January 1 - July 5, 2025

| | PLATE - LEAWOOD | TOTAL |
|---|---|---|
| Manager Discount | 2,340.66 | $2,340.66 |
| Old cards | 2,473.80 | $2,473.80 |
| Taxes on Discounts | 1,340.40 | $1,340.40 |
| VIP Discounts | 29,781.54 | $29,781.54 |
| **Total Discounts** | **61,983.23** | **$61,983.23** |
| Employee Benefits | | $0.00 |
| Health Insurance | 1,173.60 | $1,173.60 |
| Workers Comp | 3,825.93 | $3,825.93 |
| **Total Employee Benefits** | **4,999.53** | **$4,999.53** |
| Insurance | | $0.00 |
| General Liability | 13,116.64 | $13,116.64 |
| **Total Insurance** | **13,116.64** | **$13,116.64** |
| IT/Computer | 399.20 | $399.20 |
| Software | 8,234.65 | $8,234.65 |
| **Total IT/Computer** | **8,633.85** | **$8,633.85** |
| Licenses | 690.00 | $690.00 |
| Marketing & Advertising | | $0.00 |
| OpenTable | 31,941.00 | $31,941.00 |
| Other Marketing | 4,479.02 | $4,479.02 |
| **Total Marketing & Advertising** | **36,420.02** | **$36,420.02** |
| Office Supplies & Software | 268.36 | $268.36 |
| Payroll Expense | | $0.00 |
| Payroll Tax | 67,162.05 | $67,162.05 |
| Salaries | 90,660.16 | $90,660.16 |
| Wages | 370,048.33 | $370,048.33 |
| **Total Payroll Expense** | **527,870.54** | **$527,870.54** |
| Payroll Service Fees | 6,496.73 | $6,496.73 |
| Rent & Leases | | $0.00 |
| Rent/Lease - Buildings & Land | 152,776.50 | $152,776.50 |
| Storage | 1,793.76 | $1,793.76 |
| **Total Rent & Leases** | **154,570.26** | **$154,570.26** |
| Research & Development | | $0.00 |
| Meals | 65.78 | $65.78 |
| **Total Research & Development** | **65.78** | **$65.78** |
| Restaurant Operations | | $0.00 |
| Cleaning | 8,813.08 | $8,813.08 |
| Flowers, Floral, & Decor | 2,087.00 | $2,087.00 |
| Music/Entertainment | 485.23 | $485.23 |
| Pest Control | 1,039.69 | $1,039.69 |
| Recycling | 360.00 | $360.00 |
| Rent/Lease - Equipment | 9,520.98 | $9,520.98 |

# Plate Restaurant Group, LLC

## Profit and Loss

### January 1 - July 5, 2025

|  | PLATE - LEAWOOD | TOTAL |
|---|---|---|
| Repairs & Maintenance | 11,938.19 | $11,938.19 |
| **Total Restaurant Operations** | **34,244.17** | **$34,244.17** |
| Supplies |  | $0.00 |
| Bar | 528.19 | $528.19 |
| Cleaning/Chemicals | 274.96 | $274.96 |
| Kitchen | 1,717.06 | $1,717.06 |
| Linen | 9,942.70 | $9,942.70 |
| Office | 432.06 | $432.06 |
| Other | 112.81 | $112.81 |
| Propane | 1,170.89 | $1,170.89 |
| Restaurant | 1,961.91 | $1,961.91 |
| Uniforms | 1,247.60 | $1,247.60 |
| **Total Supplies** | **17,388.18** | **$17,388.18** |
| Utilities |  | $0.00 |
| Gas | 13,456.96 | $13,456.96 |
| Power | 22,330.24 | $22,330.24 |
| Water | 13,055.72 | $13,055.72 |
| **Total Utilities** | **48,842.92** | **$48,842.92** |
| **Total Expenses** | **$980,078.18** | **$980,078.18** |
| NET OPERATING INCOME | **$121,836.48** | **$121,836.48** |
| Other Expenses |  |  |
| Interest Expense | 12,212.32 | $12,212.32 |
| **Total Other Expenses** | **$12,212.32** | **$12,212.32** |
| NET OTHER INCOME | **$ -12,212.32** | **$ -12,212.32** |
| NET INCOME | **$109,624.16** | **$109,624.16** |

Case 25-20997    Doc# 5    Filed 07/18/25    Page 3 of 6

# Plate Restaurant Group, LLC

## Profit and Loss

### January 1 - July 5, 2025

| | PLATE - CORPORATE | PLATE - PIZZERIA | TOTAL |
|---|---:|---:|---:|
| **Income** | | | |
| Memberships - VIP | 14,946.95 | | $14,946.95 |
| Services | 729.40 | | $729.40 |
| **Total Income** | **$15,676.35** | **$0.00** | **$15,676.35** |
| Cost of Goods Sold | | | |
| COGS | | | $0.00 |
| COGS - Other | -228.86 | | $ -228.86 |
| **Total COGS** | **-228.86** | | **$ -228.86** |
| **Total Cost of Goods Sold** | **$ -228.86** | **$0.00** | **$ -228.86** |
| GROSS PROFIT | **$15,905.21** | **$0.00** | **$15,905.21** |
| Expenses | | | |
| Administrative Expense | | | $0.00 |
| Accounting Services | 37,500.00 | | $37,500.00 |
| CPA | 2,500.00 | | $2,500.00 |
| **Total Administrative Expense** | **40,000.00** | | **$40,000.00** |
| Bank Fees | 781.50 | | $781.50 |
| Late Fees | 166.09 | 4.28 | $170.37 |
| **Total Bank Fees** | **947.59** | **4.28** | **$951.87** |
| Car & Truck | | | $0.00 |
| Fuel, Parking, & Mileage | 894.23 | | $894.23 |
| **Total Car & Truck** | **894.23** | | **$894.23** |
| Credit Card/Merchant Fees | 8.00 | | $8.00 |
| Gift Card Fees | 439.00 | | $439.00 |
| POS Fees | 361.57 | | $361.57 |
| Stripe Fees | 2,892.96 | | $2,892.96 |
| **Total Credit Card/Merchant Fees** | **3,701.53** | | **$3,701.53** |
| Employee Benefits | | | $0.00 |
| Health Insurance | 4,358.75 | | $4,358.75 |
| **Total Employee Benefits** | **4,358.75** | | **$4,358.75** |
| Human Resources | | | $0.00 |
| Recruiting/Recruitment | 391.02 | | $391.02 |
| **Total Human Resources** | **391.02** | | **$391.02** |
| Insurance | | | $0.00 |
| Auto Insurance | 2,681.57 | | $2,681.57 |
| Owner Life Insurance | 3,696.41 | | $3,696.41 |
| **Total Insurance** | **6,377.98** | | **$6,377.98** |
| IT/Computer | 1,195.77 | | $1,195.77 |
| Software | 10,805.46 | | $10,805.46 |
| **Total IT/Computer** | **12,001.23** | | **$12,001.23** |

# Plate Restaurant Group, LLC

## Profit and Loss

### January 1 - July 5, 2025

| | PLATE - CORPORATE | PLATE - PIZZERIA | TOTAL |
|---|---|---|---|
| Licenses | 109.39 | | $109.39 |
| Marketing & Advertising | | | $0.00 |
| Communication | 1,282.00 | | $1,282.00 |
| Design Services | 2,314.42 | | $2,314.42 |
| Online Ads | 2,590.75 | | $2,590.75 |
| Other Marketing | 1,506.26 | | $1,506.26 |
| Research | 489.29 | | $489.29 |
| **Total Marketing & Advertising** | **8,182.72** | | **$8,182.72** |
| Office Supplies & Software | 64.09 | | $64.09 |
| Payroll Expense | | | $0.00 |
| Payroll Tax | 7,498.66 | | $7,498.66 |
| Salaries | 89,138.03 | | $89,138.03 |
| **Total Payroll Expense** | **96,636.69** | | **$96,636.69** |
| Rent & Leases | | | $0.00 |
| Rent/Lease - Buildings & Land | 33,248.26 | 12,293.38 | $45,541.64 |
| **Total Rent & Leases** | **33,248.26** | **12,293.38** | **$45,541.64** |
| Research & Development | | | $0.00 |
| Meals | 206.77 | | $206.77 |
| **Total Research & Development** | **206.77** | | **$206.77** |
| Restaurant Operations | | | $0.00 |
| Music/Entertainment | 1,542.77 | | $1,542.77 |
| Recycling | 232.98 | | $232.98 |
| Repairs & Maintenance | 10.83 | | $10.83 |
| **Total Restaurant Operations** | **1,786.58** | | **$1,786.58** |
| Supplies | | | $0.00 |
| Kitchen | 129.51 | | $129.51 |
| Office | 394.00 | | $394.00 |
| Restaurant | 439.12 | | $439.12 |
| **Total Supplies** | **962.63** | | **$962.63** |
| Utilities | | | $0.00 |
| Gas | | 1,289.43 | $1,289.43 |
| Internet/Cable/Phone | 9,044.72 | | $9,044.72 |
| **Total Utilities** | **9,044.72** | **1,289.43** | **$10,334.15** |
| **Total Expenses** | **$218,914.18** | **$13,587.09** | **$232,501.27** |
| NET OPERATING INCOME | $ -203,008.97 | $ -13,587.09 | $ -216,596.06 |
| Other Income | | | |
| Interest income | 21.84 | | $21.84 |
| Other Misc Income | 26,604.96 | | $26,604.96 |
| **Total Other Income** | **$26,626.80** | **$0.00** | **$26,626.80** |

# Plate Restaurant Group, LLC

## Profit and Loss

### January 1 - July 5, 2025

| | PLATE - CORPORATE | PLATE - PIZZERIA | TOTAL |
|---|---|---|---|
| Other Expenses | | | |
| Interest Expense | 45,260.19 | | $45,260.19 |
| **Total Other Expenses** | **$45,260.19** | **$0.00** | **$45,260.19** |
| NET OTHER INCOME | $ -18,633.39 | $0.00 | $ -18,633.39 |
| NET INCOME | $ -221,642.36 | $ -13,587.09 | $ -235,229.45 |

Case 25-20997    Doc# 5    Filed 07/18/25    Page 6 of 6