# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

In re: Plate Restaurant Leawood, LLC,

    Debtor.

Case No. 25-20997 11

---

## Notice of Appointment of Subchapter V Trustee

---

Under 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in this case:

Rob Messerli
6917 Tomahawk Road
P.O. Box 8686
Prairie Village, KS 66208-2618
913-662-3524
rob.messerli@gunrockvp.com

The trustee's verified statement of disinterestedness, including his anticipated rate of compensation, is attached as **Exhibit 1.**

Respectfully submitted,

ILENE J. LASHINSKY,
UNITED STATES TRUSTEE

By: *John Nemecek*,
Trial Attorney
Admitted in Michigan, P71371
Appearing under 28 U.S.C. § 515(a)
301 N. Main St., Suite 1150
Wichita, KS 67202
202-557-5810 (phone)
John.Nemecek@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on July 21, 2025, a true and correct copy of this **Notice** was electronically filed with the Court using the CM/ECF system, which sends notification to all interested parties participating in this case through the CM/ECF system.

By: *John Nemecek*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

In re: Plate Restaurant Leawood, LLC,

        Debtor.

Case No. 25-20997 11

___

**Verified Statement of Subchapter V Trustee**
___

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. § 101(14) in that I:

(a) am not a creditor, equity security holder, or insider of the debtor;

(b) am not, and was not within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in the debtor, or for any other reason.

Subject to court approval under 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $275.00, in addition to seeking reimbursement for any actual and necessary expenses I incur.

1

I hereby accept my appointment as Subchapter V trustee in this case under Federal Rule of Bankruptcy Procedure 2008.

By *Rob Messerli*
Rob Messerli
6917 Tomahawk Road
P.O. Box 8686
Prairie Village, KS 66208-2618
913-662-3524
rob.messerli@gunrockvp.com