# United States Bankruptcy Court
## District of Kansas

In re: **Plate Restaurant Leawood LLC**
Debtor(s)

Case No. **25-20997**
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Owner/CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **July 28, 2025**

**/s/ Christian Joseph**
**Christian Joseph**/**Owner/CEO**
Signer/Title